UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Billy Talton**, | ) | |
| | ) | Case No. 1:08-cv-656 |
| Plaintiff, | ) | |
| | ) | Hon. Gordon J. Quist |
| v. | ) | |
| | ) | |
| **CrossCheck, Inc.**, | ) | |
| a California corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Settlement**

The parties have agreed to settle this lawsuit with prejudice and will file a Stipulation to Dismiss no later than February 9, 2009.

Dated: January 30, 2009

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com