UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

BILLY TALTON,

        Plaintiff,                  Case No. 1:08-cv-656

vs.                                        Honorable Gordon J. Quist

CROSSCHECK, INC.,
a California corporation,

        Defendant.

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| Phillip C. Rogers (P34356) | Melissa C. Brown (P70468) |
| Attorney for Plaintiff | DYKEMA GOSSETT PLLC |
| 40 Pearl Street, N.W., Suite 336 | Attorneys for Defendant |
| Grand Rapids, MI 49503-3026 | 300 Ottawa Avenue, N. W., Suite 700 |
| (616) 776-1176 | Grand Rapids, MI 49503-2306 |
| | (616) 776-7500 |

      Plaintiff Billy Talton and Defendant CrossCheck, Inc. hereby agree and stipulate that the above-captioned matter shall be dismissed with prejudice and without costs or fees to any party, which resolves all claims or causes of action and closes this case.

      WHEREFORE, this action having come before the Court on the Stipulation for Dismissal of the parties, and this Court otherwise being advised in the premises:

**It is hereby ORDERED that:**

    1.    This action is dismissed with prejudice;

    2.    Each party shall bear its own costs and attorneys' fees; and

3. This Order resolves all claims and closes the case.

**IT IS SO ORDERED.**

Dated: _____, 2009          _____
                                           United States District Judge

Agreed as to form and in substance by:

Dated:  February 5, 2009

By:  */s/ Phillip C. Rogers (w/consent)*
     Phillip C. Rogers (P34356)
     Attorney for Plaintiff
     40 Pearl Street, N.W., Suite 336
     Grand Rapids, MI  49503-3026
     (616) 776-1176

Dated:  February 5, 2008          DYKEMA GOSSETT PLLC
                                  Attorneys for Defendant CrossCheck, Inc.

By: */s/ Melissa C. Brown*
    Melissa C. Brown (P70468)
    300 Ottawa Avenue, N.W., Suite 700
    Grand Rapids, MI 49503-2306
    (616) 776-7500
    mbrown@dykema.com

GR01\113525.1
ID\MCBR

2