UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

BILLY TALTON,

       Plaintiff,

vs.

CROSSCHECK, INC.,
a California corporation,

       Defendant.

Case No. 1:08-cv-656

Honorable Gordon J. Quist

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| Phillip C. Rogers (P34356)<br>Attorney for Plaintiff<br>40 Pearl Street, N.W., Suite 336<br>Grand Rapids, MI  49503-3026<br>(616) 776-1176 | Melissa C. Brown (P70468)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Defendant<br>300 Ottawa Avenue, N. W., Suite 700<br>Grand Rapids, MI  49503-2306<br>(616) 776-7500 |

      Plaintiff Billy Talton and Defendant CrossCheck, Inc. hereby agree and stipulate that the above-captioned matter shall be dismissed with prejudice and without costs or fees to any party, which resolves all claims or causes of action and closes this case.

      WHEREFORE, this action having come before the Court on the Stipulation for Dismissal of the parties, and this Court otherwise being advised in the premises:

**It is hereby ORDERED that:**

    1.    This action is dismissed with prejudice;

    2.    Each party shall bear its own costs and attorneys' fees; and

3.      This Order resolves all claims and closes the case.

**IT IS SO ORDERED.**

Dated:  February 5 , 2009                           /s/ Gordon J. Quist
                                                                   United States District Judge

Agreed as to form and in substance by:

Dated:  February 5, 2009

                                                                   By: */s/ Phillip C. Rogers (w/consent)*
                                                                        Phillip C. Rogers (P34356)
                                                                        Attorney for Plaintiff
                                                                        40 Pearl Street, N.W., Suite 336
                                                                        Grand Rapids, MI  49503-3026
                                                                        (616) 776-1176

Dated:  February 5, 2008                    DYKEMA GOSSETT PLLC
                                                                   Attorneys for Defendant CrossCheck, Inc.


                                                                   By: */s/ Melissa C. Brown*
                                                                        Melissa C. Brown (P70468)
                                                                        300 Ottawa Avenue, N.W., Suite 700
                                                                        Grand Rapids, MI 49503-2306
                                                                        (616) 776-7500
                                                                        mbrown@dykema.com

GR01\113525.1
ID\MCBR

2